Duvale *v.* Duvale.

CHARLES L. DUVALE, complainant,

*v.*

CELINE M. DUVALE, defendant.

1. If a wife by words and blows, provoked her husband to counter verbal and physical abuse, which abuse was not disproportioned to the provocation, she cannot get a divorce on the ground of his extreme cruelty.

2. The mental condition of the wife will not remove the case from this rule, if it is not such as to deprive her of power to desist from her provoking conduct.

Opinion by Vice-Chancellor Reed, reported in *34 Atl. Rep. 888.*

PER CURIAM.

Decree affirmed for the reasons stated by the Vice-Chancellor.

NOTE.—The report of this case in *10 Dick. Ch. Rep. 589* is an error, so far as respects the reference to *9 Dick. Ch. Rep. 581.* The decree in *9 Dick. Ch. Rep. 581* was modified on appeal, as reported in *11 Dick. Ch. Rep. 375.*